UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAY EVANS, | No. 2:05-cv-02470-MCE |
|     Appellant, | |
|   v. | **ORDER RE DISMISSAL FOR LACK OF PROSECUTION** |
| VICTORIA C. FANALE and STEPHEN M. REYNOLDS, | |
|     Appellees. | |

**YOU ARE HEREBY NOTIFIED** that the Honorable Morrison C. England, Jr., United States District Judge, **ORDERED** this matter to be considered for Dismissal for Lack of Prosecution.

Any appellant who has reasons why this action should not be dismissed shall submit such reasons by affidavit, no later than **twenty (20) days** from the effective date of this notice. This affidavit must include an explanation for the lack of activity in this case and must list each specific step appellant plans to take to prepare this case for trial. Appellant may append to the affidavit a supporting memorandum of law.

///

///

**FAILURE TO TIMELY FILE A RESPONSE TO THIS ORDER WILL BE CONSTRUED AS NON-OPPOSITION TO DISMISSAL OF THIS ACTION.** See <u>Franklin v. Murphy</u>, 745 F.2d 1221 (9th Cir. 1984). Appellees may submit a declaration or memorandum stating its position but is not required to do so.  Appellees response, if any, must be filed no later than ten (10) days after Appellant has filed its documents.

IT IS SO ORDERED.

Dated: May 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE